JS-6

**HAINES LAW GROUP, APC**
Paul K. Haines (SBN 248226)
phaines@haineslawgroup.com
Fletcher W. Schmidt (SBN 286462)
fschmidt@haineslawgroup.com
Matthew K. Moen (SBN305956)
mmoen@haineslawgroup.com
Brittaney D. de la Torre (SBN 318150)
bdelatorre@haineslawgroup.com
222 N. Sepulveda Blvd., Suite 1550
El Segundo, California 90245
Tel: (424) 292-2350
Fax: (424) 292-2355

Attorneys for Plaintiff
DARWIN BOLSINGER

Mary Dollarhide (Bar No. 138441)
mary.dollarhide@dlapiper.com
Taylor H. Wemmer (Bar No. 292539)
taylor.wemmer@dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, #1100
San Diego, California 92121-233
Tel: 858.677.1400
Fax: 858.677.1401

Attorneys for Defendant
NEWS AMERICA MARKETING
IN-STORE SERVICES L.L.C.

**FILED**
CLERK, U.S. DISTRICT COURT

June 4, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VPC _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DARWIN BOLSINGER, as an individual and on behalf of all others similarly situated,

        Plaintiff,

        vs.

NEWS AMERICA MARKETING IN-STORE SERVICES, LLC, a Delaware limited liability company; and DOES 1 through 100,

        Defendants.

Case No. 2:18-cv-9671

**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**

## **ORDER**

After reviewing the "Parties' Stipulation to Remand Removed Action (the "Stipulation"), and with GOOD CAUSE appearing therefore, the Court orders as follows:

1. The Stipulation is approved and the request for remand is granted.
2. Central District of California Case No. 2:18-cv-9671 is hereby remanded to the Superior Court for the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: June 4, 2019

_S. James Otero_

_____
Hon. S. James Otero
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION